### 23227.  CORINTH PUBLICATIONS, INC. v. WESBERRY et al.

GRICE, Justice.  Whereas the Supreme Court of the United States by judgment entered on June 12, 1967, reversed the judgment of this court in *Corinth Publications, Inc. v. Wesberry*, 221 Ga. 704 (146 SE2d 764), wherein this court affirmed the judgment of the Superior Court of Muscogee County declaring a book entitled "Sin Whisper" to be obscene, the judgment of this court is vacated and the judgment of the trial court is reversed.

*Judgment reversed.  All the Justices concur.*

DECIDED JULY 14, 1967.

*Haas, Holland, Freeman, Levison & Gibert, Hugh W. Gibert, Stanley Fleishman,* for appellant.

*Arthur K. Bolton, Attorney General, Peyton S. Hawes, Jr., Assistant Attorney General,* for appellees.